## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| RYAN MITCHELL,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>TRANS UNION, LLC,<br>and BANCFIRST,<br><br>　　　　　　Defendants. | Case No. 17-2036 |

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ryan Mitchell, with the stipulation and agreement of Defendant, Trans Union LLC hereby dismisses the claims made against Trans Union LLC only, with prejudice, each party to bear its or his own costs.

Respectfully submitted,

CREDIT LAW CENTER

　　/s/ Andrew M. Esselman　　
Andrew M. Esselman # 26113
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Tele:  (816) 246-7800
Fax:   (855) 523-6884
AndrewE@creditlawcenter.com
**ATTORNEY FOR PLAINTIFF**

and

Baker, Sterchi, Cowden & Rice, LLC - OP

/s/  Bryan E. Mouber

Bryan E. Mouber  #19710
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
913-451-6752
Fax: 816-472-0288
Email: mouber@bscr-law.com
**ATTORNEY FOR TRANS UNION LLC**

CERTIFICATE OF SERVICE

This certifies that on this 4th day of October 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

/s/ Andrew M. Esselman
Attorney for Plaintiff