## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RYAN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:17-cv-02036 |
| vs. | ) |
| | ) |
| BANCFIRST, et al., | ) |
| | ) |
| Defendants, | ) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ryan Mitchell, with the stipulation and agreement of Defendant BancFirst, hereby dismisses this action with prejudice, each party to bear its or his own costs.

Respectfully submitted,

**By: /s/ Andrew M. Esselman**
Andrew M. Esselman #26113
**CREDIT LAW CENTER**
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Telephone:   (816) 246-7800
Facsimile:   (855) 523-6884
andrewe@creditlawcenter.com
**ATTORNEY FOR PLAINTIFF**

and

**By:  /s/ Scott A. Butcher**
Scott A. Butcher #26940
**Crowe & Dunlevy**
Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
T:   (405) 235-7720
F:   (405) 272-5927
Scott.butcher@crowedunlevy.com
**Attorney for BancFirst**

CERTIFICATE OF SERVICE

  This certifies that on this 30th day of April 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

                 /s/ Andrew M. Esselman
                 Attorney for Plaintiff